JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, NV 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiff
MAGDALENA KROWICKI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGDALENA KROWICKI,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LOWE'S HOME CENTERS, LLC, a Nevada Foreign Limited-Liability Company dba LOWE'S STORE #1836; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00923-KJD-NJK<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PUNITIVE DAMAGES** |

IT IS HEREBY STIPULATED by and between, Plaintiff Magdalena Krowicki ("Plaintiff") by and through her attorney, Jonathan T. Remmel, Esq. of the Remmel Law Firm, and Defendant Lowe's Home Centers, LLC ("Defendant") by and through its attorney, Ashlie L. Surur, Esq. of Hall, Jaffe & Clayton, LLP, that the time for Plaintiff to file her opposition to Defendant's Motion to Dismiss Punitive Damages (Doc #5), filed May 29, 2020, be extended to and including **Friday, June 26, 2020**.

IT IS FURTHER STIPULATED that as a result of counsel for Plaintiff's office having difficulties with receiving e-filings from the court, the Motion to Dismiss was inadvertently overlooked and the deadline to oppose was never calendared.

- 1 -

Pursuant to Rule 6(b)(1)(B) which provides that for any act that must be done by a party to a federal court proceeding within a specified time frame, the court may "for good cause, extend the time…after the time has expired if the party failed to act because of excusable neglect."

The parties to this matter stipulate that good cause exists to extend the deadline due to excusable neglect pursuant to Rule 6(b)(1)(B) and motion this Court to grant Plaintiff an extension to, and including, Friday, June 26, 2020 within which to file her opposition to Defendant's Motion to Dismiss Punitive Damages (#5).

DATED: 06/18/2020

**REMMEL LAW FIRM**

/s/ Jonathan T. Remmel
JONATHAN T. REMMEL, ESQ. (8627)
804 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Plaintiff,
MAGDALENA KROWICKI

DATED: 06/18/2020

**HALL JAFFE & CLAYTON, LLP**

/s/ Ashlie L. Surur
ASHLIE L. SURUR, ESQ. (11290)
7425 Peak Drive
Las Vegas, NV 89128
Attorney for Defendant,
LOWE'S HOME CENTERS, LLC

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Plaintiff shall have to and including **Friday, June 26, 2020** within which to file her opposition to Defendant's Motion to Dismiss (Doc #5), filed May 29, 2020.

Dated: 06/22/2020

UNITED STATES DISTRICT JUDGE

# Rebecca Lopez

| | |
|---|---|
| **From:** | Ashlie Surur [ASurur@lawhjc.com] |
| **Sent:** | Thursday, June 18, 2020 11:45 AM |
| **To:** | Rebecca Lopez |
| **Cc:** | Jon Remmel; Michele M. Stones |
| **Subject:** | RE: Lowe's adv. Krowicki - Joint Status Report, SAO re Response, Rule 26 Conf |

Approved, You may file with my electronic signature.

**ASHLIE L. SURUR, ESQ.**
D: 702.316.4111 ext 125
C: 702.909.0838
asurur@lawhjc.com


**From:** Rebecca Lopez <becky@remmellaw.com>
**Sent:** Thursday, June 18, 2020 11:20 AM
**To:** Ashlie Surur <ASurur@lawhjc.com>
**Cc:** Jon Remmel <jon@remmellaw.com>
**Subject:** RE: Lowe's adv. Krowicki - Joint Status Report, SAO re Response, Rule 26 Conf

Hi Ashlie – Attached is a draft Stipulated Motion and Order to Extend Time to Respond to Defendant's Motion to Dismiss. The rule states that after the deadline, a request to extend must be made by motion, hence "Stipulated Motion and Order". Please review and let me know if you have any suggested revisions. Thanks again for your assistance on this.


Sincerely,

Rebecca Lopez, Paralegal

REMMEL LAW FIRM
804 SOUTH JONES BLVD
LAS VEGAS, NV 89107
PH. (702) 522-7707
FX. (702) 475-4040
WWW.JONREMMEL.COM

**From:** Ashlie Surur [mailto:ASurur@lawhjc.com]
**Sent:** Thursday, June 18, 2020 11:10 AM
**To:** Rebecca Lopez
**Cc:** Michele M. Stones; Lisa Holding; Steve Jaffe; Cindy Call
**Subject:** Lowe's adv. Krowicki - Joint Status Report, SAO re Response, Rule 26 Conf

Hi Becky,

Attached is the proposed joint status report for your office's review and approval. As we discussed, we agree to extend the time for you to file a response to the motion to dismiss to June 26, 2020. We will keep a look out for the proposed stipulation. Finally, I will call Jonathan at 2:00 p.m. today for the Rule 26 conference.

**ASHLIE L. SURUR, ESQ.**

1