JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, NV 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiff
MAGDALENA KROWICKI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGDALENA KROWICKI,<br><br>　　　　Plaintiff,<br>　vs.<br><br>LOWE'S HOME CENTERS, LLC, a Nevada Foreign Limited-Liability Company dba LOWE'S STORE #1836; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00923-KJD-NJK<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PUNITIVE DAMAGES** |

　　　　IT IS HEREBY STIPULATED by and between, Plaintiff Magdalena Krowicki ("Plaintiff") by and through her attorney, Jonathan T. Remmel, Esq. of the Remmel Law Firm, and Defendant Lowe's Home Centers, LLC ("Defendant") by and through its attorney, Ashlie L. Surur, Esq. of Hall, Jaffe & Clayton, LLP, that the time for Plaintiff to file her opposition to Defendant's Motion to Dismiss Punitive Damages (Doc #5), filed May 29, 2020, be extended to and including **Friday, July 17, 2020**.

　　　　IT IS FURTHER STIPULATED that counsel for Plaintiff's father passed away this week and counsel will be traveling to Rochester, New York to attend his father's funeral and handle

other family matters. That as a result of this family emergency, Plaintiff needs additional time to file her opposition to Defendant's Motion to Dismiss Punitive Damages (#5).

Pursuant to Rule 6(b)(1)(B) which provides that for any act that must be done by a party to a federal court proceeding within a specified time frame, the court may "for good cause, extend the time.

The parties to this matter stipulate that good cause exists to extend the deadline to allow Plaintiff's counsel to attend the out of state funeral of his parent in Rochester, New York, and motion this Court to grant Plaintiff an extension to, and including, Friday, July 17, 2020 within which to file her opposition to Defendant's Motion to Dismiss Punitive Damages (#5).

DATED: 06/24/2020

**REMMEL LAW FIRM**

/s/ Jonathan T. Remmel
JONATHAN T. REMMEL, ESQ. (8627)
804 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Plaintiff,
MAGDALENA KROWICKI

DATED: 06/24/2020

**HALL JAFFE & CLAYTON, LLP**

/s/ Ashlie L. Surur
ASHLIE L. SURUR, ESQ. (11290)
7425 Peak Drive
Las Vegas, NV 89128
Attorney for Defendant,
LOWE'S HOME CENTERS, LLC

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Plaintiff shall have to and including **Friday, July 17, 2020** within which to file her opposition to Defendant's Motion to Dismiss (Doc #5), filed May 29, 2020.

Dated: 6/25/20

_____
UNITED STATES DISTRICT JUDGE

# Rebecca Lopez

| | |
|---|---|
| **From:** | Ashlie Surur [ASurur@lawhjc.com] |
| **Sent:** | Wednesday, June 24, 2020 3:00 PM |
| **To:** | Rebecca Lopez |
| **Cc:** | Michele M. Stones; Jon Remmel |
| **Subject:** | RE: Krowicki v. Lowe's |

Approved. You may file with my electronic signature.

**ASHLIE L. SURUR, ESQ.**
D: 702.316.4111 ext 125
C: 702.909.0838
asurur@lawhjc.com


**From:** Rebecca Lopez <becky@remmellaw.com>
**Sent:** Wednesday, June 24, 2020 2:35 PM
**To:** Ashlie Surur <ASurur@lawhjc.com>
**Cc:** Michele M. Stones <MStones@lawhjc.com>; Jon Remmel <jon@remmellaw.com>
**Subject:** RE: Krowicki v. Lowe's

Hi Ashlie – Attached is a draft Stip to Extend Plaintiff's Opposition Deadline a second time. Please review and let me know if you are okay with us submitting same with your electronic signature. Thanks again for your professional courtesies.


Sincerely,

Rebecca Lopez, Paralegal

**REMMEL LAW FIRM**
804 SOUTH JONES BLVD
LAS VEGAS, NV 89107
PH. (702) 522-7707
FX. (702) 475-4040
WWW.JONREMMEL.COM

---

**From:** Ashlie Surur [mailto:ASurur@lawhjc.com]
**Sent:** Wednesday, June 24, 2020 1:07 PM
**To:** Rebecca Lopez
**Cc:** Michele M. Stones; Jon Remmel
**Subject:** RE: Krowicki v. Lowe's

Yes. That's fine. Are you able to send over a stip?

Also, please extend our condolences to Jon and his family and wish him safe travels for us.

Ashlie


-------- Original message --------
From: Rebecca Lopez <becky@remmellaw.com>

1