STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAGDALENA KROWICKI,<br><br>           Plaintiff,<br><br>  vs.<br><br>LOWE'S HOME CENTERS, LLC, a Nevada Foreign Limited-Liability Company dba LOWE'S STORE #1836; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 2:20-cv-00923-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(First Request)** |

The parties stipulate as follows:

1. The parties held a Rule 26(f) conference on June 18, 2020 and agreed to submit the stipulated discovery plan and scheduling order by June 26, 2020. ECF No. 7.

2. The parties now agree to extend that deadline. This is their first request to extend.

3. Plaintiff's counsel's father passed away this week and counsel will be traveling to Rochester, New York to attend his father's funeral and handle other

1

family matters. As a result of Plaintiff's counsel's family emergency, the parties need additional time for finalize a stipulated discovery plan and scheduling order.

4. The parties agree that this constitutes good cause for extending the deadline.

5. The parties agree that the deadline to submit a discovery plan and scheduling order will be <u>July 17, 2020</u>.

| Dated: June 25, 2020 | Dated: June 25, 2020 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | REMMEL LAW FIRM |
| /s/Ashlie L. Surur<br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Lowe's Home Centers, LLC* | /s/Jonathan T. Remmel<br>Jonathan T. Remmel, Esq.<br>Nevada Bar No. 8627<br>804 South Jones Blvd.<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff Magdalena Krowicki* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 26, 2020

2