STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAGDALENA KROWICKI, | CASE NO. 2:20-cv-00923-KJD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PUNITIVE DAMAGES** (Second Request) |
| LOWE'S HOME CENTERS, LLC, a Nevada Foreign Limited-Liability Company dba LOWE'S STORE #1836; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

The parties stipulate as follows:

1.     Lowe's Home Centers, LLC (Lowes) filed the Motion to Dismiss Punitive Damages on May 29, 2020. ECF No. 5.

2.     The response deadline was extended. ECF No. 9, ECF No. 11, ECF No. 17.

3.     Plaintiff's response to the motion was filed July 20, 2020, [ECF No 19], making the reply due July 27, 2020.

/ / /

1

4.     The parties jointly filed a Stipulation and Order to Extend Deadline for Defendant to File Reply in Support of its Motion to Dismiss Punitive Damages to extend the reply deadline to August 3, 2020 [ECF No. 20], but the court has yet to grant the parties' request.

5.     Lowe's needs additional time to address the arguments presented by Plaintiff in the response. The motion addresses the viability of Plaintiff's punitive damages claim, which will impact the scope of discovery. This is an important issue and the parties agree that Lowe's should be afforded an additional week to address the arguments raised by Plaintiff in her response. There is therefore good cause to extend the reply deadline a second time.

6.     The parties agree to extend that deadline by one week, to and including August 10, 2020.

7.     This is the second request to extend the reply deadline.

8.     Absent unexpected and compelling circumstances, this will the parties' final stipulation to extend the reply deadline.

| Dated: August 3, 2020 | Dated: August 3, 2020 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | REMMEL LAW FIRM |
| */s/Ashlie L. Surur*<br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Lowe's Home Centers, LLC* | */s/ Jonathan T. Remmel*<br>Jonathan T. Remmel, Esq.<br>Nevada Bar No. 8627<br>804 South Jones Blvd.<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff Magdalena Krowicki* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

8/17/2020
DATED: _____

2